UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA ALVERNAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:13-cv-0158 AC<br><br><br>ORDER |

　　　Pending before the court is plaintiff's June 20, 2013 request for voluntary remand.  ECF No. 13.  Plaintiff seeks remand on the ground that her attorney at the underlying administrative hearing provided inadequate representation.  On review of the request, IT IS HEREBY ORDERED that the Commissioner of Social Security shall file a response to the request within fourteen (14) days from the date of this order.

DATED: August 19, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/mb;alve0158.jo

1